No. 548.   JENKINS *v.* MCKEITHEN, GOVERNOR OF LOUISIANA, ET AL.   Appeal from D. C. E. D. La.   Probable jurisdiction noted.   *J. Minos Simon* for appellant.   *Jack P. F. Gremillion,* Attorney General of Louisiana, and *Ashton L. Stewart,* Special Assistant Attorney General, for appellees.

No. 580.   SAMUELS ET AL. *v.* MACKELL, DISTRICT ATTORNEY OF QUEENS COUNTY, ET AL.; and

No. 844, Misc.   FERNANDEZ *v.* MACKELL, DISTRICT ATTORNEY OF QUEENS COUNTY, ET AL.   Appeals from D. C. S. D. N. Y.   Probable jurisdiction noted.   Cases consolidated and one hour allotted for oral argument. Motion for leave to proceed *in forma pauperis* in No. 844, Misc., granted and case transferred to appellate docket. *Victor Rabinowitz* and *Leonard B. Boudin* for appellants in No. 580, and *Eleanor Jackson Piel* for appellant in No. 844, Misc.   *Peter J. O'Connor* for Mackell, *Louis J. Lefkowitz,* Attorney General of New York, *pro se,* and *Mortimer Sattler,* Assistant Attorney General, for appellees in both cases.

No. 574.   UNITED STATES *v.* ESTATE OF GRACE ET AL. Ct. Cl.   Certiorari granted.   *Solicitor General Griswold, Assistant Attorney General Rogovin, Harris Weinstein, Harry Baum,* and *Philip R. Miller* for the United States. *William S. Downard* for respondents.

No. 488.   DANIEL ET AL. *v.* PAUL.   C. A. 8th Cir.   Certiorari granted.   *Jack Greenberg, James M. Nabrit III,* and *Norman C. Amaker* for petitioners.